| | |
|---|---|
| In Re:  Michelle Lugo | Chapter: 13 |
| | Bankruptcy No.: 20-19144-ABA |
| Debtor | 11 U.S.C. § 362 |

ARC Home LLC. (f/k/a WEI Mortgage LLC)

                Movant

      vs.

Michelle Lugo

                Debtor

      and

Isabel C. Balboa

                Trustee

          RESPONDENTS

## OBJECTIONS OF ARC HOME LLC. (F/K/A WEI MORTGAGE LLC) TO CONFIMATION OF DEBTOR`S' PROPOSED CHAPTER 13 PLAN

ARC Home LLC. (f/k/a WEI Mortgage LLC), by and through its undersigned attorney, Chandra M. Arkema, Esquire, hereby objects to the confirmation of the Debtor`s proposed Chapter 13 Plan for the following reasons:

1.    ARC Home LLC. (f/k/a WEI Mortgage LLC), is in the process of filing a Proof of Claim with respect to its secured interest in real estate property of the Debtor or of the estate which is commonly known as and located at 1 Liberty Trail, Delran, NJ 08075, such Proof of Claim will indicate an estimated arrearage claim in the amount of $12,758.16.  The claims bar date is October 9, 2020.

2.    The plan proposes to pay $0.00.  Accordingly, the Chapter 13 Plan does not properly address the pre-petition claim of ARC Home LLC. (f/k/a WEI Mortgage LLC).  *See* 11 U.S.C. Sec. 1325(a)(5).

3.    Based on the information provided by Debtor in Schedules I and J, Debtor does not have sufficient monthly income to pay the correct amount of the pre-petition arrears of ARC Home LLC. (f/k/a WEI Mortgage LLC) over a thirty-six (36) month period.  Accordingly, Debtor`s proposed Chapter 13 Plan is not financially feasible.  *See* 11 U.S.C. Sec. 1325(a)(6).

2.      Due to these defects in the Debtor`s proposed Chapter 13 Plan, as aforesaid, such Plan could not have been proposed in good faith.  *See* 11 U.S.C. Sec 1325(a)(7).

WHEREFORE, ARC Home LLC. (f/k/a WEI Mortgage LLC) prays that its objections be sustained and that confirmation of Debtor`s Chapter 13 Plan be denied.

Respectfully submitted,

/s/ Chandra M. Arkema
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com
Attorney for the Objecting Party

Dated: August 20, 2020