**Fill in this information to identify the case:**

**Debtor 1** Michelle Lugo

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** District of New Jersey (Camden)
(State)

**Case number** 20-19144-ABA

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** ARC Home LLC. (f/k/a WEI Mortgage LLC)

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account: 4278

**Date of payment change:** _____
Must be at least 21 days after date of this notice

**New total payment:** $_____
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☐ Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

**Current escrow payment:** $_____   **New escrow payment:** $_____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☐ Yes

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____
_____

**Current Interest Rate:** _____%   **New interest rate:** _____%

**Current principal and interest payment:** $   **New principal and interest payment:** $

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☐ Yes

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: Debtor has entered into a forbearance agreement, whereby monthly mortgage payments have been suspended for 4/1/2020, through 9/1/2020.  Payments to resume 10/1/2020._____ _____

**Current mortgage payment:** $$_____   **New mortgage payment:** $_____

| Debtor 1 | Michelle Lugo | | | Case Number *(if known)* | 20-19144-ABA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Chandra M. Arkema                                          Date 08/11/2020
  Signature

| | | | | |
|---|---|---|---|---|
| Print: | Chandra M. Arkema | Bar No.: 029552006 | Title | Bankruptcy Attorney |
| | First name  Middle Name  Last name | | | |
| Company | RICHARD M. SQUIRE & ASSOCIATES, LLC | | | |
| Address | 115 West Avenue, Suite 104, | | | |
| | Number  Street | | | |
| | Jenkintown, PA 19046 | | | |
| | City  State  Zip Code | | | |
| Contact phone | (215) 886-8790   Email:  carkema@squirelaw.com | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| In Re: Michelle Lugo<br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 20-19144-ABA<br><br>11 U.S.C. § 362 |

ARC Home LLC. (f/k/a WEI Mortgage LLC)

            Movant

    vs.

Michelle Lugo

            Debtor

    and

Isabel C. Balboa

            Trustee

           RESPONDENTS

**CERTIFICATE OF SERVICE**

  I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Mortgage Payment Change electronically and/or via First Class Mail, postage prepaid.

Date Served: _____

Isabel C. Balboa
Chapter 13 Trustee
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Michelle Lugo
1 Liberty Trail
Delran, NJ 08075

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

  I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

 /s/ Chandra M. Arkema  
Richard M. Squire, Esq.  
M. Troy Freedman, Esq.  
Chandra M. Arkema, Esq.  
One Jenkintown Station, Suite 104  
115 West Avenue  
Jenkintown, PA 19046  
215-886-8790  
215-886-8791 (FAX)  
rsquire@squirelaw.com  
tfreedman@squirelaw.com  
carkema@squirelaw.com